FILED
2012 MAY 30 PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SKYLINE VISTA EQUITIES, LLC, | No. CV 12-04410-UA (VBK) |
| Plaintiffs, | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| v. | |
| ROSEL O. MAYS, et al., | |
| Defendants. | |

    The Court will remand this "Complaint for Unlawful Detainer - Action based on Code of Civil Procedure Section 1161a Demand Does Not Exceed $10,000", Case No. 12 U00481, to state court summarily because Defendant removed it improperly.

    On May 21, 2012, Defendant Kelvin L. Scott, not a named Defendant in the unlawful detainer action, lodged a "Notice Of Removal" of the unlawful detainer action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b).

Accordingly, **IT IS ORDERED** that (1) this matter be **REMANDED** to the Superior Court of California, Los Angeles County, Santa Monica Courthouse, 1725 Main Street, Santa Monica, California 90401 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: 5/25/12

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE